IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
EASTERN DIVISION
No. 4:08-CR-57-D

| UNITED STATES OF AMERICA | ) | |
|---|---|---|
| | ) | |
| v. | ) | **ORDER** |
| | ) | |
| MICHAEL THOMPSON, | ) | |
| | ) | |
| Defendant. | ) | |

On April 1, 2011, Michael Thompson filed a motion to amend his Presentence Report ("PSR") and correct his sentence [D.E. 51]. The PSR is not incorrect. Moreover, the court properly calculated Thompson's advisory guideline range and properly sentenced him. Thus, the motion to amend [D.E. 51] is DENIED.

SO ORDERED. This 27 day of June 2011.

JAMES C. DEVER III
United States District Judge