UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
EASTERN DIVISION

NO. 4:08-CR-57-D-1

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| v. | : | ORDER TO SEAL |
| MICHAEL THOMPSON | : | |

Upon motion of the United States, it is hereby ORDERED Docket Entry Number 98 be sealed until such time as requested to be unsealed by the United States Attorney.

It is FURTHER ORDERED that the Clerk provide a filed copy of the Sealed Response, Motion to Seal, and signed Order to Seal to the United States Attorney's Office.

SO ORDERED. This **20** day of June 2016.

JAMES C. DEVER III
Chief United States District Judge