UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
EASTERN DIVISION

NO. 4:08-CR-57-D-1

| | |
|---|---|
| UNITED STATES OF AMERICA | |
| v. | ORDER TO SEAL |
| MICHAEL THOMPSON | |

On motion of the Defendant, Michael Thompson, and for good cause shown, it is hereby ORDERED that the [DE-96] be sealed until further notice by this Court.

SO ORDERED. This **20** day of June 2016.

JAMES C. DEVER III
Chief United States District Judge